UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RONALD W. BRATTON, | Case No. 20-cv-03885-BLF (PR) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| RON BROOMFIELD, et al., | |
| Defendants. | |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file an amended complaint. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __November 20, 2020__

*[signature]*
BETH LABSON FREEMAN
United States District Judge