UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. BRATTON,<br><br>    Plaintiff,<br><br>    v.<br><br>RON BROOMFIELD, et al.,<br><br>    Defendants. | Case No. 20-03885-BLF (PR)<br><br>**ORDER GRANTING REQUEST TO REOPEN ACTION; VACATING JUDGMENT** |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On October 7, 2020, the Court dismissed the complaint with leave to amend to correct the deficiencies in his claims. Dkt. No. 9. When no amended complaint was filed in the time provided, the Court dismissed the action on November 19, 2020, and entered judgment the same day. Dkt. Nos. 10, 11.

On December 10, 2020, Plaintiff filed a letter stating he never received the Court's first initial review order, directing him to file an amended complaint. Dkt. No. 13. Along with the request, Plaintiff filed an amended complaint. Dkt. No. 12. In the interest of justice, the Court construes the filing as a request to reopen the matter. Good cause appearing, the request is **GRANTED**. Accordingly, the Judgment entered on November 19, 2020, Dkt. No. 11, is **VACATED**. The Court will conduct an initial review of the amended complaint in due course.

The Clerk shall reopen the file.

**IT IS SO ORDERED.**

Dated:  **December 30, 2020**

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order Reopening Action; Vacating Judgment
P:\PRO-SE\BLF\CR.20\03885.Bratton.reopen

2