UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. BRATTON,<br><br>        Plaintiff,<br><br>    v.<br><br>S.R. ALBRITTON, et. al.,<br><br>        Defendants. | Case No. 20-cv-03885 BLF (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS AND RESPONSE TO PLAINTIFF'S PRELIMINARY INJUNCTION MOTION**<br><br>(Docket No. 28) |

Plaintiff, a state inmate filed instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at San Quentin State Prison. Dkt. No. 1. On August 22, 2022, the Court found the complaint, liberally construed, stated cognizable claims and ordered the matter served on Defendants. Dkt. No. 22. Defendants were directed to file a dispositive motion or notice regarding such motion. *Id.* Defendants have filed a motion requesting an extension of time to file a motion to dismiss and a response to Plaintiff's motion for a preliminary injunction. Dkt. No. 28.

Having shown good cause, Defendants' motion is **GRANTED**. Defendants shall file a motion to dismiss and a response to Plaintiff's motion for a preliminary injunction **no later than November 7, 2022**. Plaintiff shall file an opposition to Defendants' motion no

Order of Extension of Time to File Motion for Summary Judgment
PRO-SE\BLF\CR.22\01568Harris_eot_MSJ

later than **twenty-eight (28) days** after Defendants' motion to dismiss is filed.  Defendants shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 28.

**IT IS SO ORDERED**

Dated:  ___**November 2, 2022**__

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order of Extension of Time to File Motion to Dismiss
PRO-SE\BLF\CR.20\03885Bratton_eot_MTD