UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. BRATTON,<br><br>    Plaintiff,<br><br>    v.<br><br>S.R. ALBRITTON, et. al.,<br><br>    Defendants. | Case No. 20-cv-03885 BLF (PR)<br><br>**ORDER DIRECTING DEFENDANTS' COUNSEL TO FILE NOTICE OF SUGGESTION OF DEATH OF DEFENDANT SANDLER AND SERVE ON ALL PARTIES** |

    Plaintiff, a state inmate filed instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at San Quentin State Prison. Dkt. No. 1. On August 22, 2022, the Court found the complaint, liberally construed, stated cognizable claims and ordered the matter served on Defendants. Dkt. No. 22. The order directed the Clerk to send Requests for Waiver of Service of Summons to Defendants S. R. Albritton, Dr. S. Garrigan, Dr. Sandler, A. Maxfield, and N. Smith. *Id.* at 4. On September 26, 2022, the CDC filed a reported of E-Service Waiver under seal, indicating that Dr. Sandler (Psychologist-Clinical) is deceased. Dkt. No. 23. Defendants Albritton, Garrigan, Maxfield, and Smith have been served, and counsel has appeared on their behalf. Dkt. Nos. 25, 27.

    "If a party dies and the claim is not thereby extinguished, the court may order

substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a). Two things are required of a party for the running of the 90 day period to commence: a party must 1) formally suggest the death of the party on the record, and 2) serve the suggestion of death on the other parties and nonparty successors or representatives. *Barlow v. Ground*, 39 F.3d 231, 233 (9th Cir. 1994). A party may be served the suggestion of death by service on his or her attorney, Fed. R. Civ. P. 5(b), while non-party successors or representatives of the deceased party must be served the suggestion of death in the manner provided by Rule 4 for the service of a summons. Fed. R. Civ. P. 25(a)(3); *Barlow*, 39 F.3d at 232-34. Rule 25 requires dismissal absent a motion for substitution within the 90 day period only if the statement of death was properly served. *Unicorn Tales, Inc., v. Bannerjee*, 138 F.3d 467, 469-71 (2d Cir. 1998).

The CDCR's notice does not constitute a formal suggestion of death for Defendant Sandler. Accordingly, Defendants' counsel is directed to file a formal suggestion of death **no later than twenty-eight (28) days** from the date this order is filed and serve it on the other parties and nonparty successors or representatives of Defendant Sandler's estate. Counsel shall file notice of service along with the suggestion of death.

After a successor or representative of deceased Defendant Sandler has been located, Plaintiff must move for substitution **no later than twenty-eight (28) days** after receiving notice of the successor or representative of Defendant Sandler's estate.

**IT IS SO ORDERED**

Dated:  ___November 8, 2022___

BETH LABSON FREEMAN
United States District Judge

Order Directing Defs' Counsel to File Not. Of Sugg. Death
PRO-SE\BLF\CR.20\03885Bratton_deceased.def