UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. BRATTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S.R. ALBRITTON, et. al.,<br><br>　　　　Defendants. | Case No. 20-cv-03885 BLF (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION; DIRECTING DEFENDANTS TO FILE REPLY**<br><br>(Docket No. 34) |

　　　　Plaintiff, a state inmate filed instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at San Quentin State Prison. Dkt. No. 1. On August 22, 2022, the Court found the complaint, liberally construed, stated cognizable claims and ordered the matter served on Defendants. Dkt. No. 22. Defendants filed a motion to dismiss on November 7, 2022. Dkt. No. 30. Plaintiff therefore had until December 5, 2022, to file an opposition. On November 28, 2022 and December 2, 2022, he filed duplicative filings in which he requests an extension of 30-days to prepare a response. Dkt. Nos. 32, 34. He then filed a lengthy opposition on December 14, 2022. Dkt. Nos. 35, 36.

　　　　Having shown good cause, Plaintiff's request for an extension of time is **GRANTED**, such that his opposition filed on December 14, 2022, is deemed timely filed.

Defendants shall file a reply brief no later than **fourteen (14) days** from the date this order is filed. The matter will be deemed submitted on the date Defendants' reply is due.

This order terminates Docket No. 34.

**IT IS SO ORDERED**

Dated:  __December 22, 2022___

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file Opp; Directing Def. to File Reply
PRO-SE\BLF\CR.20\03885Bratton_eot_opp