UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. BRATTON,<br><br>   Plaintiff,<br><br>   v.<br><br>R. BROOMFIELD, et al.,<br><br>   Defendants. | Case No. 20-cv-03885 BLF (PR)<br><br>**ORDER VACATING HEARING ON MOTION** |

Plaintiff, a state inmate, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against personnel at San Quentin State Prison. On November 7, 2022, Defendants filed a motion to dismiss and set it for a hearing on April 6, 2023. Dkt. No. 30.

The Court stated in its Order of Service that Defendants' dispositive motion "shall be deemed submitted as of the date the reply brief is due," and that "No hearing will be held on the motion unless the Court so orders at a later date." Dkt. No. 22 at 6. Accordingly, the hearing set for April 6, 2023, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: __March 27, 2023___

                                                                          _____
                                                                          BETH LABSON FREEMAN
                                                                          United States District Judge

Order Vacating Hearing
PRO-SE\BLF\CR.20\03885Bratton_vacate.hearing

1