UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. BRATTON,<br><br>Plaintiff,<br><br>v.<br><br>RON BROOMFIELD, et al.,<br><br>Defendants. | Case No. 20-cv-03885 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT**<br><br><br>(Docket No. 47) |

Plaintiff, a state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at San Quentin State Prison. Dkt. No. 1. On August 29, 2023, the Court granted an extension of time to file a third amended complaint. Dkt. No. 46. Plaintiff was directed to file a third amended complaint by September 26, 2023. *Id.*

Plaintiff has filed a motion for a second extension of time to file a third amended complaint, while he obtains help to draft a third amended complaint. Dkt. No. 47. Good cause appearing, the motion is GRANTED. Plaintiff shall file a third amended complaint using the court's form complaint to attempt to correct the deficiencies in the third amended complaint **no later than October 30, 2023.**

The third amended complaint must include the caption and civil case number used in this order, *i.e.*, Case No. 20-cv-03885 BLF (PR), and the words "THIRD AMENDED COMPLAINT" on the first page. Plaintiff must answer all the questions on the form in order for the action to proceed. Plaintiff is reminded that the third amended complaint supersedes the second amended, and Plaintiff may not make references to the second amended complaint. Claims not included in the third amended complaint are no longer claims and defendants not named in a third amended complaint are no longer defendants. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.1992).

**Failure to respond in accordance with this order by filing a third amended complaint by October 30, 2023, will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

This order terminates Docket No. 47.

**IT IS SO ORDERED.**

Dated: _September 27, 2023_____                    _____
                                                                                            BETH LABSON FREEMAN
                                                                                            United States District Judge

Order Granting Mot. for 2nd EOT to File TAC.
PRO-SE\BLF\CR.20\03885Bratton.2nd.eot-TAC

2