1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD W. BRATTON,

Plaintiff,

v.

RON BROOMFIELD, et al.,

Defendants.

Case No. 20-cv-03885-BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983.  Dkt. No. 1.  On July 25, 2023, the Court granted Defendants' motion to dismiss the second amended complaint but with leave to file a third amended complaint to correct the deficiencies discussed in the order.  Dkt. No. 44.  Plaintiff was directed to file a third amended complaint within twenty-eight days from the date the order was filed and advised that failure to respond would result in the dismissal of the action without further notice to Plaintiff.  *Id.* at 17.  Thereafter, the Court twice granted Plaintiff's motions of extensions of time with the same warning that failure to respond would result in dismissal of this action.  Dkt. Nos. 46, 48.

The last deadline, October 30, 2023, has passed, and Plaintiff has failed to file a

third amended complaint in the time provided.  Dkt. No. 48 at 1.  Accordingly, this action is **DISMISSED** without prejudice for failure to file a third amended complaint in the time provided.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  ___**November 14, 2023**_

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.20\03885Bratton_dism.no-TAC